■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY OLDHAM, Also Known as ANTHONY J. OLDHAM, Appellant. [44 NYS3d 918]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Ambro, J.), imposed July 8, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337, 341 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Austin, Roman, Maltese and Duffy, JJ., concur.